GALLE ET AL. *vs.* LYNCH.

1. In actions of trespass, if the damages assessed do not exceed five dollars, the plaintiff can recover no more costs than damages, unless the presiding judge will certify that the jury ought to have awarded greater damages. (Clay's Digest 316.)

ERROR to the Circuit Court of Mobile.
Tried before the Hon. L. GIBBONS.

REQUIER, for plaintiffs in error.

DARGAN, C. J.—The plaintiff brought trespass against several defendants, for an assault committed on his person. The jury returned a verdict of not guilty, as to two of the defendants, and as to the others, a verdict of guilty, and assessed the plaintiff's damages at one cent. Upon this verdict, the court rendered a judgment for full cost, without a certificate that more damages ought to have been awarded by the jury; and this is assigned for error.

The act of 1822, Clay's Dig. 316, declares, that in all suits to recover damages for slander, trespass and assault and battery, the plaintiff shall not recover more cost than damages, if the damages assessed do not exceed five dollars, unless the judge before whom the suit was tried will certify, that more damages ought to have been awarded by the jury. From this act, it is manifest that no more cost than damages should have been allowed; and see Reed v. Gordon, 2 Stewart 469; and as judgment for full cost, without the judge's certificate, was rendered, it is erroneous, and must be reversed, and here rendered for one cent damages and one cent cost; and the plaintiffs must recover of the defendant the cost of this court.